UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
CONVERGED COMPLIANCE SOLUTIONS, INC.,

                Plaintiff,

v.

XOP NETWORKS, INC.; XOP NETWORKS LATVIA, SIA;
SUDHIR GUPTA; and DAVID HARDING,

                Defendants.
---------------------------------------------------------------------------x

21 Civ. 05482 (PGG)
ECF Case

**NOTICE OF**
<u>**APPEARANCE**</u>

PLEASE TAKE NOTICE that Patrick A Klingman hereby appears as counsel for Defendant, David Harding, in connection with the above-captioned action, and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: August 23, 2021

Respectfully submitted,

s/ Patrick A. Klingman
Patrick A. Klingman (PK-3658)
Klingman Law, LLC
280 Trumbull Street Floor 21
Hartford, CT  06103
(860) 256-6120
pak@klingmanlaw.com

*Counsel for Defendant, David Harding*