# EXHIBIT B

| Date | Act | Communication Type | Predicate Act |
|---|---|---|---|
| 7/31/2015 | Harding took the Confidential Documents and exposed them to third parties without the protection of an NDA. | Text message | MAIL/WIRE |
| 10/31/2015 | Harding introduces the idea of working with XOP, an alleged financial markets specialist, to CCS (thereby deceiving CCS into doing business with XOP) | Text message | MAIL/WIRE |
| 1/1/2016 - 3/14/2017 | Harding forwarded the Confidential Documents and other confidential information to his personal email accounts | Email | MAIL/WIRE |
| 2/18/2016 | Harding discloses confidential business information to Gupta | Text message | MAIL/WIRE |
| 2/25/2016 | Harding requested Confidential Documents for XOP | Text message | MAIL/WIRE |
| 2/26/2016 | Harding tried to convince CCS to lower its requirements for the cUCS (thereby continuing to perpetrate the idea that XOP was qualified to handle the job) | Text message | MAIL/WIRE |
| 2/27/2016 | Harding seeks to send Confidential Documents to XOP/Gupta | Text message | MAIL/WIRE |
| 3/3/2016 | Harding confimed XOP/Gupta's informational needs (thereby placing XOP's needs above CCS's) | Text message | MAIL/WIRE |
| 3/3/2016 | XOP/Gupta requested and CCS sent Confidential Documents (thereby furthering XOP's fraudulent purpose of the engagement) | Email | MAIL/WIRE |
| 4/8/2016 | XOP/Gupta requested and CCS sent Confidential Documents (thereby furthering XOP's fraudulent purpose of the engagement) | Text message | MAIL/WIRE |
| 4/15/2016 | Harding attempts to convince CCS to go with XOP (thereby placing XOP in a priority position above CCS) | Text message | MAIL/WIRE |

| 4/22/2016 | XOP/Gupta requested and CCS sent Confidential Documents (thereby furthering XOP's fraudulent purpose of the engagement) | Email | MAIL/WIRE |
|---|---|---|---|
| 5/6/2016 | XOP/Gupta requested and CCS sent Confidential Documents (thereby furthering XOP's fraudulent purpose of the engagement) | Email | MAIL/WIRE |
| 5/9/2016 | XOP/Gupta requested and CCS sent Confidential Documents (thereby furthering XOP's fraudulent purpose of the engagement) | Email | MAIL/WIRE |
| 5/24/2016 | Harding and Gupta engaged in at least one scheme together | Email | MAIL/WIRE |
| 5/24/2016 | Harding convinces McDonough to give Gupta additional information (in pursuit of a fraudulent purpose) | Text message | MAIL/WIRE |
| 8/3/2016 | Harding is competing with CCS | Email | MAIL/WIRE |