

Jennifer A. Surprenant
Tel 212.801.9200
Fax 212.801.6400
surprenantj@gtlaw.com

March 17, 2022

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Converged Compliance Solutions, Inc. v. XOP Networks, Inc. et al.*,
No. 21-CV-05482-PGG

Dear Judge Gardephe:

We represent defendants XOP Networks, Inc. and Sudhir Gupta (together, "XOP") in the above-captioned action. We write on behalf of XOP and co-defendant David Harding (collectively, "Defendants") because Rule IV.H of Your Honor's Individual Rules of Practice requires us to notify the Court in the event a motion is not decided within 90 days of the time it is fully submitted. We respectfully advise the Court that Defendants' motion to dismiss this action was fully submitted on November 12, 2021.

We appreciate the Court's continued attention to this matter and are available for oral argument or to answer any questions at the Court's convenience.

Respectfully submitted,

**GREENBERG TRAURIG LLP**

By: */s/ Jennifer A. Surprenant*

Jennifer A. Surprenant
Keith Hammeran

CC: All Counsel of Record, *via ECF*