UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONVERGED COMPLIANCE SOLUTIONS,
INC.,

                                Plaintiff,

           - against -

XOP NETWORKS, INC., XOP NETWORKS
LATVIA, SIA, SUDHIR GUPTA, DAVID
HARDING,

                          Defendants.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

21 Civ. 5482 (PGG) (OW)

PAUL G. GARDEPHE, U.S.D.J.:

            The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐ Settlement

☐ Inquest After Default/ Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐ Habeas Corpus

☐ Social Security

X Dispositive Motion (i.e., motion requiring a Report and Recommendation)

**Particular Motions:  Dkt. No. 37**

Dated:  New York, New York
       November 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge