**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONVERGED COMPLIANCE SOLUTIONS, INC.,

    Plaintiff

-against-                                            21-CV-5482 (PGG) (OTW)

XOP NETWORKS, INC., et al.,                **ORDER TO STRIKE**

    Defendants.

---

    **ONA T. WANG**, **United States Magistrate Judge:**

    The Order at ECF 47 was entered in error. The Court respectfully directs the Clerk of Court to **strike document number 47 from the docket.**

    **SO ORDERED.**

Dated: November 15, 2023                      *s/ Ona T. Wang*
      New York, New York                      **Ona T. Wang**
                                                United States Magistrate Judge